# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>3553 W. IMPERIAL, LLC, a California limited liability company; and Does 1-10,<br><br>    Defendants. | Case No.: CV 21-9139-DMG (PVCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [18]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having reviewed and considered Plaintiff's notice of voluntary dismissal,

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant 3553 W. Imperial LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

DATED: March 7, 2022

　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE